ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kendrick Dakota Locklear**                    **Docket No. 7:24-CR-107-1M**

### Sealed Petition for Action on Conditions of Pretrial Release - ADJUDICATED
Warrant Requested

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kendrick Dakota Locklear, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, on the 10th day of April, 2025.

On May 30, 2025, a Petition for Action on Conditions of Pretrial Release was filed with the court alleging that the defendant tested positive for marijuana on three separate dates. At that time our office requested that a bond hearing be scheduled to determine if the defendant's bond should be revoked. On June 13, 2025, a Bond Revocation Hearing was conducted, and the petition was withdrawn. The defendant was continued on pretrial release with amended conditions of supervision imposed.

The defendant appeared before Richard E. Myers II, Chief United States District Judge for arraignment on the 21st day of August, 2025, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 12, 2026, this officer was provided with investigation materials that show on September 17, September 24, and October 5, 2025, while on pretrial release the defendant continued to engage in the purchase and sale of illegal narcotics.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant's arrest and a bond hearing be scheduled to determine if the defendant's bond should be revoked. It is recommended that this petition and order be placed under seal until the execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow defendant's knowledge of issuance of the warrant. The clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Jared Britt
> Jared Britt
> U.S. Probation Officer
> 150 Rowan Street Suite 110
> Fayetteville, NC 28301
> Phone: 910-354-2549
> Executed On: February 18, 2026

### ORDER OF THE COURT

Considered and ordered the __19th__ day of __February_____, 2026, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge